# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135804

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

          SC: 135804
          COA: 273235
          Calhoun CC: 2006-001566-FH

MICHAEL WAYNE RIGEL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 18, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

s0421